IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELA NAILS,

    *Plaintiff*,

v.

                                                     Case No. 23-4114-EFC-ADM

JAMES BANO and CHRISTIAN WEBB,

    *Defendant*.

**MEMORANDUM AND ORDER**

This matter is before the Court on Magistrate Judge Angel D. Mitchell's Report and Recommendation (Doc. 6) filed on December 27, 2023. Judge Mitchell recommends dismissing each of pro se Plaintiff Angela Nail's claims against Defendants James Bano and Christian Webb because Plaintiff's Complaint includes nothing except vague and unclear conclusory allegations. Based on Plaintiff's lengthy history of filing baseless cases in this Court, Judge Mitchell concluded that allowing Plaintiff leave to amend would be futile.

Plaintiff lately filed an Objection to Judge Mitchell's R&R in which she fails to address the applicable legal standards or Judge Mitchell's concerns in any lucid manner. Even after reading her Objection, the Court is at a loss as to why Plaintiff is attempting to sue Defendants.

In short, the Court has reviewed the Report and Recommendations as well as Plaintiff's Objection and finds itself in complete agreement with Judge Mitchell's conclusions. Plaintiff's allegations are incoherent and do not state a judicially cognizable claim for relief.

**IT IS THEREFORE ORDERED** that the case is dismissed for failure to state a claim upon which relief may be granted, pursuant to the Report and Recommendation (Doc. 6), which the Court adopts as its own Memorandum and Order.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2024.

This case is closed.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE